IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1305-T |
| TOWN OF VINCENT, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

OPINION

By order entered on July 21, 2003, (Doc. No. 42), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed June 13, 2003, (Doc. No. 39), to the extent that defendant Town of Vincent was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared." By later orders (Doc. Nos. 46, 52, 57, and 65), this May 2004 deadline was extended to June 1, 2006.

On May 18, 2006 (Doc. No. 66), the Town of Vincent filed with the court a motion to dismiss, attached to which is a copy of the Town Council ordinance that readopted its present five-member districting plan for the Town Council and maintained the present district lines.  The plaintiffs do not object to the dismissal motion.  Accordingly, this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 22nd day of May, 2006.


                                            /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**