IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1305-T |
| TOWN OF VINCENT, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss, filed by defendant Town of Vincent on May 18, 2006 (Doc. No. 66), is granted.

(2) This lawsuit is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of May, 2006.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE